# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-503**

**Effective Date of Registration:**
February 04, 2025

**Registration Decision Date:**
May 07, 2025

---

## Title

**Title of Work:** Secret garden 1-butterfly cross rainbow

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 12, 2020
**Nation of 1st Publication:** China

## Author

- **Author:** Xuan Liu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Xuan Liu
dianbaixian dashuipocun 8xiang 6dong 142hao, Maoming, 525400, China

## Certification

**Name:** Liu Xuan
**Date:** February 04, 2025

Page 1 of 1