SellerDefense

Case Inquiry     Case List     Brand Library

Case representation     Law Firm Information

Frequently Asked Questions     other     about

---



## SellerDefense now features a case search function! Track the latest developments in your cases!

November 18, 2025 • Comment

**Read more ▸**



## How to deal with copyright infringement by cross-border sellers who steal and sell images? Check out our copyright registration solutions!

March 7, 2025 • Comment

**Read more ▸**



## A total of 38 stores were sued! DESK NEST Cat Nest's comprehensive rights protection efforts in New York State have been exposed!

November 19, 2025 • Comment

**Read more ▸**

Case: 1:25-cv-13799 Document #: 19-3 Filed: 11/20/25 Page 2 of 33 PageID #:1401



## Attention decorative painting sellers! Quickly check out illustrations featuring natural elements such as turtles and flowers to avoid being scammed!

November 19, 2025 • Comment

Read more ▸



## Keith Law Firm is facing a series of cases! Quick look at the copyright protection efforts for Heather Ann Dutton's artwork!

November 19, 2025 • Comment

Read more ▸



## These pumpkin and Christmas tree illustrations are no longer valid! Sellers, please check and remove them immediately!

November 19, 2025 • Comment

Read more ▸



## Keith is pursuing legal action against Sara Nemec for copyrighted artwork! Sellers, take note and avoid this!

November 19, 2025 • Comment

Read more ▸



## Kitchen appliance sellers beware! Ninja smart beverage maker faces multiple patent infringement lawsuits!

November 19, 2025 • Comment

**Read more ▶**



## A total of 371 stores were involved in the case! REUS RESEARCH is currently pursuing dual rights protection measures against health supplement companies!

November 15, 2025 • Comment

**Read more ▶**



## List of defendants included! Quick look at the copyright information for SHOTGUN ROULETTE drinking toys!

November 15, 2025 • Comment

**Read more ▶**



## One more case filed by a Chinese plaintiff! Quick look at the patent for a laser gun barrel calibrator!

November 14, 2025 • Comment

**Read more ▶**

11/19/25, 8:36 AM
Case: 1:25-cv-13799 Document #: 19-3 Filed: 11/20/25 Page 4 of 33 PageID #:1403
Seller Defense - Tanzhou Sellers agreed so

1  2  3  4  5  ...  187  →

Type and press Enter...



SellerDefense WeChat Official Account



US law firm settlement representation



SellerDefense (Xiaohongshu)

## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms



SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1

 SellerDefense

⌂ Login/Register

# US-based brand infringement case representation experts, ensuring your peace of mind when expanding overseas.

Let your overseas business grow with peace of mind and worry-free rights protection.

Search by case number, company name, or keywords. 

**A total of 2,836** cases were found .

| Date of filing ⇅ | Case number | Plaintiff Brand | Brand owner |
|---|---|---|---|

| 2025-11-18 | 2025-cv-14117 | BONSNY Halloween Earrings | Yiwu Baimei Electronic Commerce C |
| 2025-11-18 | 2025-cv-14108 | American professional sports leagues NBA/MLB/NHL/NFL | NHL Enterprises, LP |
| 2025-11-18 | 2025-cv-14104 | Elzbieta Malyska copyright painting | Elzbieta Malyska |
| 2025-11-18 | 2025-cv-14097 | - | - |
| 2025-11-18 | 2025-cv-14095 | Copyrighted artwork by Heather Ann Dutton | Heather Ann Dutton |
| 2025-11-17 | 2025-cv-14083 | - | - |
| 2025-11-17 | 2025-cv-14077 | Marc Jacobs | Marc Jacobs Trademarks |
| 2025-11-17 | 2025-cv-14076 | American professional sports leagues NBA/MLB/NHL/NFL | NHL Enterprises, LP |
| 2025-11-17 | 2025-cv-14058 | Toyota | Toyota Motor Sales, USA, Inc. |
| 2025-11-17 | 2025-cv-14057 | Makiko Kimura's Christmas Snowman Copyright Artwork | Makiko Kimura |
| 2025-11-17 | 2025-cv-14056 | Ceramic mushroom shelf | MARK MARKO |
| 2025-11-17 | 2025-cv-14043 | Copyrighted artwork by Alena Pavluchenko | Alena Pavluchenko |
| 2025-11-17 | 2025-cv-14041 | Diane Robison copyright painting | Diane Robison |
| 2025-11-17 | 2025-cv-14036 | Sara Nemec copyright painting | Sara Nemec |
| 2025-11-14 | 2025-cv-62316 | - | - |
| 2025-11-14 | 2025-cv-62315 | - | - |
| 2025-11-14 | 2025-cv-25323 | Ninja Ice Drink Maker | SharkNinja Operating LLC et al |
| 2025-11-14 | 2025-cv-25298 | Hibibud lighting and air conditioning | THE GALLEON GUILD LTD |
| 2025-11-14 | 2025-cv-14021 | Supreme | Chapter 4 Corp. |

| 2025-11-14 | **2025-cv-14017** | Toyota | Toyota Motor Sales, USA, Inc. |

 SellerDefense

**Case Inquiry**     **Case List**     **Brand Library**

**Case representation**     **Law Firm Information**

**Frequently Asked Questions**     **other**     **about**

# CASE LIST 2025

front page  /  Case list…

| Time of prosecution | Case number | state | law firm | brand |
|---|---|---|---|---|
| 2025/11/18 | 25-cv-14117 | IL | Ford Banister LLC | BONSNY Halloween Earrings |
| 2025/11/18 | 25-cv-14108 | IL | GBC | American professional sports leagues NBA/MLB/NHL/NFL |
| 2025/11/18 | 25-cv-14104 | IL | Keith | Elzbieta Malyska copyright painting |
| 2025/11/18 | 25-cv-14097 | IL | Getech Law LLC | ? |
| 2025/11/18 | 25-cv-14095 | IL | Keith | Copyrighted artwork by Heather Ann Dutton |
| 2025/11/18 | 25-cv-14083 | IL | Haque III Legal Practice, LLC | ? |
| 2025/11/17 | 25-cv-14077 | IL | GBC | Marc Jacobs |

| 2025/11/17 | 25-cv-14076 | IL | GBC | American professional sports leagues NBA/MLB/NHL/NFL |
| 2025/11/17 | 25-cv-14072 | IL | GBC | CLC University Brand Licensing and Management |
| 2025/11/17 | 25-cv-14058 | IL | GBC | Toyota |
| 2025/11/17 | 25-cv-14057 | IL | Keith | Makiko Kimura's Christmas Snowman Copyright Artwork |
| 2025/11/17 | 25-cv-14056 | IL | Keith | Ceramic mushroom shelf |
| 2025/11/17 | 25-cv-14043 | IL | Keith | Copyrighted artwork by Alena Pavluchenko |
| 2025/11/17 | 25-cv-14041 | IL | Keith | Diane Robison copyright painting |
| 2025/11/17 | 25-cv-14036 | IL | Keith | Sara Nemec copyright painting |
| 2025/11/14 | 25-cv-14021 | IL | GBC | Supreme |
| 2025/11/14 | 25-cv-14017 | IL | GBC | Toyota |
| 2025/11/14 | 25-cv-14016 | IL | GBC | Dandy's World Adventure Game |
| 2025/11/14 | 25-cv-13993 | IL | GBC | Chrysler |
| 2025/11/14 | 25-cv-13990 | IL | GBC | Chrysler |
| 2025/11/14 | 25-cv-13985 | IL | GBC | Squishmallows plush toys |
| 2025/11/14 | 25-cv-13982 | IL | GBC | Marshall |

| 2025/11/14 | 25-cv-25323 | FL | Coffee Burlington, PL | Ninja Ice Drink Maker |
| 2025/11/14 | 25-cv-62316 | FL | COPYCAT LEGAL PLLC | ? |
| 2025/11/14 | 25-cv-62315 | FL | COPYCAT LEGAL PLLC | ? |
| 2025/11/14 | 25-cv-25298 | FL | Palmer Law Group, PA | Hibibud lighting and air conditioning |
| 2025/11/13 | 25-cv-25284 | FL | SMG | Tiffany |
| 2025/11/13 | 25-cv-13965 | IL | GBC | Chrysler |
| 2025/11/13 | 25-cv-13962 | IL | GBC | Vogue, American fashion magazine |
| 2025/11/13 | 25-cv-13961 | IL | Keith | EPISODIC DRAWING Works |
| 2025/11/13 | 25-cv-13960 | IL | GBC | Supreme |
| 2025/11/13 | 25-cv-13958 | IL | GBC | Calvin Klein |
| 2025/11/13 | 25-cv-13956 | IL | GBC | Dandy's World Adventure Game |
| 2025/11/13 | 25-cv-13952 | IL | GBC | Toyota |
| 2025/11/13 | 25-cv-13949 | IL | GBC | Kendra Scott |
| 2025/11/13 | 25-cv-13948 | IL | GBC | Marc Jacobs |
| 2025/11/13 | 25-cv-13947 | IL | GBC | Swarovski |
| 2025/11/13 | 25-cv-13945 | IL | Flener IP Law, LLC | ? |
| 2025/11/13 | 25-cv-13935 | IL | SULLIVAN & CARTER, LLP | ? |
| 2025/11/13 | 25-cv-13930 | IL | Keith | Lauren Maree Edmonds copyright |

| | | | | painting |
|---|---|---|---|---|
| 2025/11/13 | 25-cv-13924 | IL | Keith | Copyrighted artwork by Ian Leonard Greathead |
| 2025/11/13 | 25-cv-13922 | IL | Keith | Theodoros Zirinis copyright painting |
| 2025/11/13 | 25-cv-13921 | IL | BOIES SCHILLER FLEXNER LLP | LiveVac emergency asphyxia device |
| 2025/11/13 | 25-cv-13916 | IL | Yunting Law | ? |
| 2025/11/12 | 25-cv-13900 | IL | GBC | Supreme |
| 2025/11/12 | 25-cv-13899 | IL | GBC | American professional sports leagues NBA/MLB/NHL/NFL |
| 2025/11/12 | 25-cv-13897 | IL | GBC | Peanuts Comics |
| 2025/11/12 | 25-cv-13895 | IL | GBC | Marshall |
| 2025/11/12 | 25-cv-13888 | IL | GBC | Calvin Klein |
| 2025/11/12 | 25-cv-13884 | IL | GBC | Vogue, American fashion magazine |
| 2025/11/12 | 25-cv-13875 | IL | GBC | Squishmallows plush toys |
| 2025/11/12 | 25-cv-13872 | IL | Keith | Copyrighted artwork by Ellen Lynn Negley |
| 2025/11/12 | 25-cv-13861 | IL | Keith | EPISODIC DRAWING Works |
| 2025/11/12 | 25-cv-13860 | IL | GBC | Levi's |
| 2025/11/12 | 25-cv-13857 | IL | Keith | Bug Art Greeting Cards |

| 2025/11/12 | 25-cv-25262 | FL | Reiner & Reiner, PA | ? |
| 2025/11/11 | 25-cv-1809 | TX | AVEK IP, LLC | LASER BORESIGHTER laser calibrator |
| 2025/11/11 | 25-cv-13848 | IL | Doniger Law Firm | Fabric Selection Fabric Images |
| 2025/11/11 | 25-cv-13843 | IL | BAYRAMOGLU LAW OFFICES LLC | Modlily Women's Clothing |
| 2025/11/11 | 25-cv-13842 | IL | Flener IP Law, LLC | ? |
| 2025/11/11 | 25-cv-13838 | IL | GBC | American professional sports leagues NBA/MLB/NHL/NFL |
| 2025/11/11 | 25-cv-13837 | IL | GBC | Swarovski |
| 2025/11/11 | 25-cv-13836 | IL | Flener IP Law, LLC | ? |
| 2025/11/11 | 25-cv-13831 | IL | Pittawaylaw | Enamel Cat Earrings |
| 2025/11/11 | 25-cv-13829 | IL | GBC | Marshall |
| 2025/11/11 | 25-cv-13823 | IL | GBC | Toyota |
| 2025/11/11 | 25-cv-13822 | IL | GBC | Supreme |
| 2025/11/11 | 25-cv-13812 | IL | SAPER LAW OFFICES, LLC | ? |
| 2025/11/11 | 25-cv-13806 | IL | SAPER LAW OFFICES, LLC | ? |
| 2025/11/11 | 25-cv-13799 | IL | Getech Law LLC | ? |



Case Inquiry        Case List

Brand Library        Case representation

**Law Firm Information**

**Frequently Asked Questions**        **other**

**about**

- What is GBC?

GBC is a US law firm, short for Greer Burns & Crain Ltd., whose name is composed of the surnames of its three partner lawyers. Located in Chicago, Illinois, it specializes in representing brands in various intellectual property lawsuits and is notorious among Chinese sellers.

- Why would GBC buy my product?

GBC advocates for the rights of many brands; they buy your products because they believe you have infringed on their rights.

- Brother Zhi, how did you know GBC bought my product?

I have a group called SellerDefense: 295380184. Many people in the group report GBC buyer IDs. By using the buyer IDs, we can find out who left reviews for these IDs and what products they reviewed. Then I can find you. This list is constantly updated on this website: GBC -> Purchase Activity.

- What are the GBC buyer IDs?

newmlenedwa,sophimitc0,sheilmacke_0,sheilmacke,lilllanaste_0,eliyonah,sturm ond736,franthommpso82,settyt78,keit.sore n,cwooser19-5,armandguttiere-0,aribabi2466,patcombs2834,diankenning-0,nancefostisthebest_7,dresla-0,kittycait7800, sydneco_7,besmit543,kevistro8,
nicbarret_67,jacstei_49,marinaria4,galacke_0,patpatt03172,billston_31,cas.o



Case Inquiry     Case List

Brand Library     Case representation

Law Firm Information

Frequently Asked Questions     other

about

Here is a list: http://www.ebaymaster.cn/?p=1617

- What are the consequences if GBC buys my product?

After a few days or months, your PayPal account will be frozen, and you will receive two emails: one from GBC saying that you have infringed on their rights and that they have sued you in Illinois and you need to respond to the lawsuit; the other email is from PayPal saying that they have received a court order to freeze your account and your funds.

- How long will it take for GBC to sue me?

Historical experience shows that there may be no fixed timeframe, such as days or months after the purchase, so it's best to prepare as soon as you learn that GBC has purchased your product.

- A GBC account purchased something from me. Can I still use my PayPal account?

Everything is normal before GBC sues you. If they do sue you, GBC will notify PayPal to freeze your account. So start preparing now. If you want to settle, leave 1000 USD in your account and then list your account for a new PayPal account. If you don't settle, you can withdraw all the money, but your eBay account will be unusable.

- Is GBC only suing my PayPal account? Will there be problems if I link my PayPal account to it?

Based on current understanding, GBC will only sue the PayPal account used to purchase the product; the associated PayPal account will be fine. However, there is one possibility: PayPal may review the GBC case internally and potentially freeze the associated account.

- My product is licensed, I'm not afraid of GBC!



Case Inquiry          Case List

Brand Library          Case representation

Law Firm Information

Frequently Asked Questions          other

about

screenshots, they can sue you.

- What should I do if my PayPal account is frozen?

There are three options: waive, respond to the lawsuit, or reach a settlement.

- Which processing method should I choose?

Both responding to a lawsuit and reaching a settlement require hiring a US lawyer, which will incur fees, at least 2000 RMB. If you have very little money in your PayPal account and your PayPal account is permanently frozen, and your eBay account is no longer selling anything, it won't have a significant impact on you, so you can choose to give up. If you want to restore your PayPal account, you must either reach a settlement or respond to a lawsuit.

- I heard that being sued by GBC only affects PayPal, not eBay?

Yes, GBC is only interested in your money. They only ask the court to freeze your PayPal account. Under normal circumstances, your eBay account will not be affected (of course, sometimes eBay will freeze your eBay account if they find that your infringement is serious). However, since the PayPal account has been frozen, if you continue to do business, the money will flow into the frozen PayPal account.

- Can I switch to another PayPal account to continue selling?

You can change it, but if you don't settle or respond to the lawsuit, your case will be subject to a default judgment after 21 days, and you will lose the case. GBC reserves the right to punish you further. They will then buy a clean account from your account, obtain your new PayPal, and freeze your





Case Inquiry    Case List

Brand Library    Case representation

Law Firm Information

Frequently Asked Questions    other

about

must be a US address), and then search. If your listing is blocked in the US (note: under normal circumstances), GBC won't see it and therefore won't be able to buy your product.

However, there is a possibility that GBC might use, for example, a UK address to search, and find your product, but it still cannot be purchased unless it is actually shipped to the UK. We have not yet discovered this scenario.

Therefore, based on my current understanding, other websites are effectively blocking the US's GBC protection.

- Can I change my shop name to prevent GBC from suing me a second time?

No, even if you change the name, people can still find your store through the old one. Try it and see.

- What should I do if I want to restore my account and continue doing business after GBC buys it?

Once the purchased PayPal account has accumulated $1500-2000, link all your eBay listings to the new PayPal account. When GBC sues you, find a lawyer to settle the matter.

- Why keep so much money in the old account? Can I withdraw it all and then hire a lawyer?

If you have very little money in your account, GBC will either refuse to settle with you (ignore you, even if you hire a lawyer), or they will make a very high demand, such as 10,000 USD for a settlement. You need to leave 1,500-2,000 USD and hire a lawyer to reach a settlement if necessary.

- What is the minimum amount left after GBC and PayPal settlement?

Generally, you need 1000 USD. If you only have 100 USD, GBC won't bother to settle. Even if your lawyer urges GBC to settle, GBC will set a very high



Case Inquiry      Case List

Brand Library      Case representation

**Law Firm Information**

Frequently Asked Questions      other

about

- Hiring a lawyer must be expensive, right?

Lawyers vary greatly in quality these days, and generally, the minimum fee is 2000 RMB. If you have 2000 USD frozen, the end result is that the 2000 USD will go to GBC, and you'll have to pay the lawyer 2000+ RMB to keep your PayPal account.

- Can I continue using PayPal after the settlement?

After GBC withdraws the lawsuit, PayPal will conduct a second review of your account. The review may prevent you from continuing to use this PayPal account. Therefore, even after a settlement, it is still possible that your PayPal account will be permanently frozen and unusable.

PayPal's review process seems to be based on a very subjective judgment by their security department. For example, if your business is very small, they might shut you down, but if your business is larger, they might say, "Don't be afraid, be brave and strong, be careful next time, and your account will be restored!"

- GBC is such a scoundrel, what do you think, Zhi Ge?

GBC is a rogue law firm, and many people call it a rogue law firm, and they hate them. I think the fundamental thing is for sellers to raise their awareness of intellectual property rights, keep learning, and not take chances.

- Is there a way to sell counterfeit goods without getting caught?

Selling at the entrance of the residential area ;)

Type and press Enter...

Case Inquiry    Case List

Brand Library    Case representation

Law Firm Information

Frequently Asked Questions    other

about





US law firm settlement representation



SellerDefense (Xiaohongshu)

**Law firm's brand**

GBC's Brand Representation Directory


How to search for a Chinese trademark

Basic knowledge of litigation settlement

---

**Category Directory**

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

Case Inquiry      Case List

Brand Library      Case representation



<u>Law Firm Information</u>

Frequently Asked Questions      other

about

SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1





Case representation     Law Firm Information

Frequently Asked Questions     other     about

# GBC BUYER ID

front page  /  GBC buyer…

maeve.si-46,rylo1688,lysan_9564,aublit36,benjie._98,up.witht46,csal_4,geoco4739,sus4n30,susasmit80,buystuff212,rc

shelkohlber_0,emistar_58,masinc_75,t.b966,alidi-80,grken41,brpot-80,tanke-70,smar-2088,irmah-31,lena.r_76,cansauc 0,l.ena.ra.sh.tu-5,chrissmitt0,l.ena.rash.t.u_9,casoutlets_0,lenrusht0,l.ena.rash.tu8,jeremjone66,judjustic-0,mai

nrina_0,caswester-0,judy.graham8293,caslott0,matmarin_60,mamule_0,billstone_0,cassilut-0,judygraham.829_2,judegrah a0,noagabl-0,lenrasht-0,cas.outlets-6,billston_31,patpatt03172,galacke_0,marinaria4,jacstei_49,nicbarret_67,kevis tro8,besmit543,dresla-0,sydneco_7,kittycait7800,marisslaniewsk_0,franchompso82,nancefostisthebest_7,diankenning-0,patcombs2834,aribabi2466,cwooser19-5,armandguttiere-0,marisslaniewsk_0,moutakilomumun-0,jacqualinfarre0,keit.sor en,franthommpso82,tereselmendor-0,sturmond736,eliyonah,lilllanaste_0,sheilmacke,sheilmacke_0,sophimitc0,newmlenedwa

Type and press Enter...

SellerDefense WeChat Official Account



US law firm settlement representation



SellerDefense (Xiaohongshu)



## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms



SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1

11/19/25, 8:44 AM
Sprunki Games - Seller Defense

 SellerDefense

Case Inquiry      Case List      Brand Library

Case representation      Law Firm Information

Frequently Asked Questions      other      about

# SPRUNKI GAMES

front page  /  Sprun…

**Brand:** ShinStar LLC

**Lawsuit type:** Trademark + Copyright

**Representing Law Firm:** GBC

**Place of Lawsuit:** Illinois, USA

| Time of prosecution | Case number | law firm | brand | Brand |
|---|---|---|---|---|
| 2025/10/17 | 25-cv-12695 | GBC | Sprunki Games | ShinStar LLC |
| 2025/10/17 | 25-cv-12728 | GBC | Sprunki Games | ShinStar LLC |

**Registered trademarks + copyrights:**

The plaintiff's Sprunki is a creative and engaging music game that brings the joy of rhythm creation to life through free online gameplay. Sprunki players can create their own rhythms and mix unique sounds using distinctive characters. Each Sprunki character has a different voice, visual style, and personality, making each musical creation unique. This case involves both trademark and copyright protection; the copyrighted images are not publicly available, and the related game character images may not be used without permission!

**trademark:**

# United States of America
## United States Patent and Trademark Office

# Sprunki

**Reg. No. 7,902,877**

**Registered Aug. 19, 2025**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

ShinStar LLC (COLORADO LIMITED LIABILITY COMPANY)
1942 Broadway St. STE 314C
Boulder, COLORADO 80302

CLASS 9: Computer game software downloadable from a global computer network; Downloadable computer game programs; Downloadable computer game software; Downloadable computer game software for virtual worlds; Downloadable computer game software via a global computer network and wireless devices; Downloadable computer game modification software for use in Music Games And Role Play Games; Downloadable electronic game software for use on mobile and cellular phones; Downloadable electronic game software for use on handheld computers; Downloadable middleware for software application integration; Downloadable middleware for identifying and authenticating users; Downloadable middleware for establishing standardized directories; Downloadable software for instrument learning; Downloadable software for fun teaching of music; Downloadable video game software

FIRST USE 11-19-2024 ; IN COMMERCE 11-19-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-872,706, FILED 11-26-2024

# United States of America
## United States Patent and Trademark Office

# Sprunki

**Reg. No. 7,902,874**

**Registered Aug. 19, 2025**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

ShinStar LLC (COLORADO LIMITED LIABILITY COMPANY)
1942 Broadway St. STE 314C
Boulder, COLORADO 80302

CLASS 28: Action figures; Card games; Christmas tree ornaments and decorations; Doll costumes; Dolls and playsets therefor; Jigsaw puzzles; Music box toys; Plush toys; Toy for pets; Toy jewelry; Toy musical instruments

FIRST USE 11-19-2024 ; IN COMMERCE 11-19-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-872,697, FILED 11-26-2024

**copyright:**

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VAu 1-556-801**

**Effective Date of Registration:**
February 11, 2025
**Registration Decision Date:**
June 17, 2025

---

### Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

**Title**

    **Title of Group:** Wenda(White) and 5 Other Unpublished Works

    **Content Title:** Wenda(White)
Brud(Brown)
Clukr(Silver)
Durple(Purple)
FunBot
Jevin(Blue)

**Completion/Publication**

    **Year of Completion:** 2024

**Author**

    ●   **Author:** ShinStar LLC
    **Author Created:** 2 Dimensional Artwork
    **Work made for hire:** Yes
    **Domiciled in:** United States

**Copyright Claimant**

    **Copyright Claimant:** ShinStar LLC
    1942 Broadway St. STE 314C, Boulder, CO, 80302, United States

**Certification**

    **Name:** Tony Tsai
    **Date:** February 11, 2025

Page 1 of 2



Examples of publications:



Click to see full view

**Sprunki** Plush Toys Set – Phase 1 Soft Stuffed Characters, Adorable Collectible Plush Dolls, Great for **Sprunki** Fans & Kids (20 pcs)

**100+ bought** in past month

To see product details, add this item to your cart. You can always remove it later.
**FREE Returns** ∨

- Exclusive Mr. Fun Computer in the 20-Character Set – Unlike our competitors, our Sprunki Plush Toys Set – Phase 1 includes the unique Mr. Fun computer character, making it an extra special addition to your collection!
- High-Quality Plush Toys with Strong Stitches – Crafted with soft, premium materials, our plush toys are built to last with durable, strong stitches, ensuring they stay intact even with frequent cuddles and playtime.
- Ultra-Soft & Kid-Safe Materials – Made with premium plush and filled with PP cotton fleece, these 8" figures are ultra-snuggly and ideal for hugs, nap time, and travel.
- Perfect Size for Kids – Each plush is roughly 8 inches—just the right size for little hands, backpacks, or car rides. Compact yet full of personality!
- Ideal Gift Set: Ready to delight on birthdays, holidays, and special occasions—this colorful bundle comes beautifully packaged and loved by toddlers for its perfect size and adorability.

Type and press Enter...



SellerDefense WeChat Official Account



US law firm settlement representation



SellerDefense (Xiaohongshu)

## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms



SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1