IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XUAN LIU,<br><br>                        Plaintiff,<br><br>                v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                      Defendants. | Civil Action No.: 25-cv-13799<br><br>Honorable Judge Matthew F. Kennelly |

**SEALED EX PARTE TEMPORARY RESTRAINING ORDER**

    Plaintiff Xuan Liu ("PLAINTIFF") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Amended Complaint and attached hereto ("Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS PLAINTIFF's Motion as follows.

    This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, PLAINTIFF has provided a basis to conclude that each Defendant has targeted sales to Illinois residents by setting up and operating an e-commerce store that targets United States consumers using one or more seller alias, offers shipping to the United States, including Illinois, and has likely sold products using infringing versions of PLAINTIFF's federally registered copyright (the "PLAINTIFF Copyright") to residents of

1

Illinois. In this case, PLAINTIFF has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and likely do purchase products using infringing versions of the PLAINTIFF Copyright. *See* Docket Nos. [10-13], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois bearing infringing versions of the PLAINTIFF Copyright. A list of the PLAINTIFF Copyright is included in the below chart.

| Copyright Registration No. | Date of Registration | Date of First Publication |
|---|---|---|
| VA 2-444-503 | February 4, 2025 | February 2020 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because PLAINTIFF has presented specific facts, including in the Declaration of Xuan Liu, in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts and change or modify account data. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the PLAINTIFF Copyright or any reproductions, infringing copies, derivatives, or colorable imitations in any manner in connection with the distribution, marketing,

       advertising, offering for sale, or sale of any product that is not a genuine PLAINTIFF product or not authorized by PLAINTIFF to be sold in connection with the PLAINTIFF Copyright;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine PLAINTIFF product or any other product produced by PLAINTIFF, that is not PLAINTIFF's or not produced under the authorization, control, or supervision of PLAINTIFF and approved by PLAINTIFF for sale under the PLAINTIFF Copyright;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of PLAINTIFF, or are sponsored by, approved by, or otherwise connected with PLAINTIFF; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for PLAINTIFF, nor authorized by PLAINTIFF to be sold or offered for sale, and which bear the PLAINTIFF Copyright or any reproductions, infringing copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. PLAINTIFF is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

5.  Upon PLAINTIFF's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Walmart, AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to PLAINTIFF expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendans' sales and listing history related to their respective Online Marketplaces, showing locations of each sale of the Infringing Products; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Walmart, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment

      providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Upon PLAINTIFF's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the PLAINTIFF Copyright.

7. Any Third Party Providers, including Walmart, PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

8. PLAINTIFF must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. PLAINTIFF's Pleading(s) [DOCKET NOS. 2, 8-14] and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, PLAINTIFF shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendant that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 9:30 AM on this __1st day of December 2025 and shall remain in effect for fourteen (14) calendar days.

_____
United States District Judge

# Schedule A

| No. | Seller Alias | Seller ID | Platform |
|---|---|---|---|
| 1 | CONG TY TNHH BSIE Media | 102623342 | Walmart |
| 2 | Eco Hut | 102869846 | Walmart |
| 3 | N2T Co | 102826221 | Walmart |
| 4 | 29th Fashion | 102876836 | Walmart |
| 5 | NETHOMEWOODS | 102838102 | Walmart |
| 6 | dunfeiwangluo | 102523444 | Walmart |
| 7 | DriveTech Solutions | 102481481 | Walmart |
| 8 | Vestiva | 102736207 | Walmart |
| 9 | shijijr | 102596081 | Walmart |
| 10 | XiLanHUA | 101664481 | Walmart |
| 11 | NCWSO | 101536978 | Walmart |
| 12 | TEE VISTA SHIRT | 102661378 | Walmart |
| 13 | Trending in Melotizhi | 101471111 | Walmart |
| 14 | JKLOP | 101610821 | Walmart |
| 15 | Sunizaiyi | 101570480 | Walmart |
| 16 | HLKJKLS | 101479765 | Walmart |
| 17 | TRIEIY | 101625697 | Walmart |
| 18 | GEGNX | 101672291 | Walmart |
| 19 | Nallwabiu | 101640295 | Walmart |
| 20 | WOZHILAKA | 101571653 | Walmart |
| 21 | aklmy | 102634755 | Walmart |
| 22 | MHFTEE | 102660392 | Walmart |
| 23 | Shirt-Wal | 102661424 | Walmart |
| 24 | HGEGPO | 101634056 | Walmart |
| 25 | Hxoliqit | 101502041 | Walmart |
| 26 | Wmhsylg | 101574878 | Walmart |
| 27 | Uikceten | 101657156 | Walmart |
| 28 | shaotellme shop | 101607069 | Walmart |
| 29 | Vogue Alley | 101674049 | Walmart |
| 30 | PickMe | 101188532 | Walmart |
| 31 | Huayishang | 101591062 | Walmart |
| 32 | Kpamnxio | 101622112 | Walmart |
| 33 | Xuanselankoushangmao | 102612953 | Walmart |
| 34 | Runskmd INC | 101524026 | Walmart |
| 35 | Baohuaixin | 101491254 | Walmart |
| 36 | KAGAYD Co.Ltd | 101129197 | Walmart |
| 37 | AZIUHA88 | 102636882 | Walmart |
| 38 | JiangQiang Co., LTD | 101598393 | Walmart |
| 39 | XYSJFHN | 101610831 | Walmart |
| 40 | Nestful Living | 101590193 | Walmart |

| 41 | Lssam Home and Garden Store | 102477177 | Walmart |
|---|---|---|---|
| 42 | haoxuli | 102589459 | Walmart |
| 43 | Tammyyerke | 101617016 | Walmart |
| 44 | VIVIDCRAFT-L | 102486292 | Walmart |
| 45 | yangmingmaoying | 102503951 | Walmart |
| 46 | QHUDLV | 101533886 | Walmart |
| 47 | OuLiPu | 101576074 | Walmart |
| 48 | Diansi | 101646789 | Walmart |
| 49 | SparkPulsett | 101652740 | Walmart |
| 50 | fuhantong | 102488773 | Walmart |
| 51 | Chencai shop | 102588041 | Walmart |
| 52 | MorningSun | 101098551 | Walmart |
| 53 | DOUDOU Co.Ltd | 102486395 | Walmart |
| 54 | KUIHENG E-COMMERCE | 102798939 | Walmart |
| 55 | jingsheng shop | 102727804 | Walmart |
| 56 | dianqian | 102512586 | Walmart |
| 57 | Qixin E-commerce Co., Ltd. | 101133085 | Walmart |
| 58 | Half 100 | 101241679 | Walmart |
| 59 | Light the fire | 102595941 | Walmart |
| 60 | Unique. Finds | 102480687 | Walmart |
| 61 | Visit TurboCircuit Innovations | 102565480 | Walmart |
| 62 | shenzhenyuhuayuanjikeji | 102884142 | Walmart |
| 63 | Qiding | 102653074 | Walmart |
| 64 | WSRRDRECVHi | 101578031 | Walmart |
| 65 | XINYUAN | 101253997 | Walmart |
| 66 | Nuboxa | 102803009 | Walmart |
| 67 | hanmotu | 102514980 | Walmart |
| 68 | ComfyPaws Living | 102637724 | Walmart |
| 69 | Lunova | 102764672 | Walmart |
| 70 | NexDriveing | 101609707 | Walmart |
| 71 | Diling | 101646807 | Walmart |
| 72 | IRON DAN | 102535877 | Walmart |
| 73 | WYPWCX | 101647692 | Walmart |
| 74 | Xiasspert | 101652833 | Walmart |
| 75 | Visit the AutoFiTech Store | 102562522 | Walmart |
| 76 | Hundred100 | 101579923 | Walmart |
| 77 | AutoGears Pro | 102543254 | Walmart |
| 78 | quanzhoushifengzequxiaonengxindianzishang wuyouxiangongsi | 101663442 | Walmart |