IC





**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 25cv13799

2. **Case Title:** XUAN LIU v. Schedule A

3. **Judge:** Matthew F. Kennelly

4. **Moving Party:** XUAN LIU

5. **Amount of Deposit:** 10,000

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes [ ]   No [✓]
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/Ge (Linda) Lei/
Attorney or Litigant

December 2, 2025
Date

Rev. 0330017