**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Xuan Liu
                        Plaintiff,

v.                                           Case No.: 1:25−cv−13799

                                                          Honorable Matthew F. Kennelly

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to extend the temporary restraining order [24] is granted. The ex parte TRO entered on 12/1/2025 is extended through 12/29/2025. The telephonic preliminary injunction hearing set for 12/15/2025 is vacated and reset to 12/29/2025 at 9:00 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Motion for preliminary injunction must be filed by no later than 12/22/2025. The Court advises that it will deny entry of a preliminary injunction if there is an insufficient interval between electronic service of summons and the preliminary injunction hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.