IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **XUAN LIU,**<br><br>            Plaintiff,<br><br>       v.<br><br>**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>            Defendants. | Civil Action No.: 25-cv-13799<br><br>Honorable Judge Matthew F. Kennelly<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## MOTION FOR PRELIMINARY INJUNCTION ORDER

Plaintiff, Xuan Liu ("Plaintiff"), respectfully requests this Court to enter a Preliminary Injunction Order against the Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A to Plaintiff's Amended Complaint ("Defendants") . The reasons for such are set forth in the filed Memorandum of Law in Support.

DATED December 19, 2025

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*