UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Xuan Liu

                    Plaintiff,

v.                                       Case No.: 1:25−cv−13799

                                                                    Honorable Matthew F. Kennelly

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: No defendant in this case has appeared or filed a response to the complaint or the motion for preliminary injunction. The telephonic preliminary injunction hearing set for 1/6/2026 is vacated. Plaintiff's motion for entry of a preliminary injunction [28] is granted. Enter Preliminary Injunction Order. The Clerk is directed to unseal all documents that were previously filed under seal. Law Firm Getech Law LLC is ordered to add all defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. The case is set for a telephonic status hearing on 3/10/2026 at 8:55 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Plaintiff is directed to file a status report on 3/3/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.